DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

PHILLIP LINDNER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-3239

————————————————

March 18, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

Phillip Lindner, pro se.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.